■ DOROTHY AGINS, Appellant, v EVELYN DARMSTADTER, Respondent. [718 NYS2d 641] —In an action to recover damages for defamation, the plaintiff appeals from an order of the Supreme Court, Nassau County (Lockman, J.), entered October 14, 1999,

which denied her motion to extend the time to file a note of issue.

Ordered that the order is affirmed, with costs.

Under the circumstances, where the action was previously dismissed, in effect, as abandoned, the Supreme Court properly denied the plaintiff's motion. O'Brien, J. P., Krausman, Goldstein and Schmidt, JJ., concur.